## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

RANDY JOSEPH NETZER,

        Appellant,                              JUDGMENT IN A CIVIL CASE

v.                                          16-cv-175-wmc

OFFICE OF LAWYER REGULATION,
MATTHEW ANICH and WISCONSIN
DEPARTMENT OF REVENUE,

        Appellants.

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Randy Netzer's appeal for lack of jurisdiction.

      /s/                                       6/29/2016

_____     _____
Peter Oppeneer, Clerk of Court                      Date