UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2016 AUG 22 PM 4:09
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

RANDY JOSEPH NETZER,

    Plaintiff-Appellant,

vs.

Case No. 16-CV-175-wmc

OFFICE OF LAWYER REGULATION,
MATTHEW F. ANICH, and
WISCONSIN DEPARTMENT OF REVENUE,

    Defendants-Appellees.

## NOTICE OF APPEAL

Notice is hereby given that RANDY JOSEPH NETZER, the Plaintiff-Appellant in the above-captioned case (hereinafter referred to as "Plaintiff"), hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final Opinion and Order and final Judgment, both dated June 29, 2016, as renered by the Honorable District Chief Judge William M. Conley (with a copy of both said Opinion and Order and said Judgment attached hereto and thereby incorporated herein).

RESPECTFULLY SUBMITTED this 22nd day of August, 2016.

By: _____
RANDY JOSEPH NETZER, Plaintiff-Appellant, *pro se*

Drafted By:
Randy Joseph Netzer
1229 Johnson Street
Onalaska, WI 54650
608-960-6566