UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

RANDY JOSEPH NETZER,

    Plaintiff-Appellant,

vs.

                                           Case No. 16-CV-175-wmc

OFFICE OF LAWYER REGULATION,
MATTHEW F. ANICH, and
WISCONSIN DEPARTMENT OF REVENUE,

    Defendants-Appellees.

---

## NOTICE OF APPEAL

---

Notice is hereby given that RANDY JOSEPH NETZER, the Plaintiff-Appellant in the above-captioned case (hereinafter referred to as "Plaintiff"), hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final Opinion and Order and final Judgment, both dated June 29, 2016 in the originally captioned case captioned above, as well as the Opinion and Order on my Motion for Reconsideration dated September 22, 2016, both as rendered by the Honorable District Chief Judge William M. Conley in United States District Court for the Western District of Wisconsin (with a copy of all these said Opinion and Order and said Judgment attached hereto and thereby incorporated herein).

RESPECTFULLY SUBMITTED this 18th day of October, 2016.

By: _____
RANDY JOSEPH NETZER, Plaintiff-Appellant, *pro se*

Drafted By:

Randy Joseph Netzer
1229 Johnson Street
Onalaska, WI 54650
608-960-6566

## CERTIFICATE OF SERVICE

I, Randy Joseph Netzer, hereby certify that on this 18th day of October, 2016 I deposited in the U. S. Mail true and correct copies of this Notice of Appeal to all the Parties named above, either directly or to their Counsel of Record.

Dated this 18th day of October, 2016.

By: _____
Randy Joseph Netzer, Plaintiff-Apellant, *pro se*

Randy Joseph Netzer
1229 Johnson Street
Onalaska, WI 54650
608-960-6566